UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LEWIS, et al,

                Plaintiffs,

  v.

RYAN SALES, et al,

                Defendants.

Case No. 3:18-cv-05196-TLF

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT

The Court, having reviewed the Stipulation to Amend the Original Complaint (Dkt. 14) and the proposed First Amended Complaint (Dkt. 13), GRANTS the request and stipulation. The Clerk is instructed to file the First Amended Complaint.

Dated this 22nd day of May, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO AMEND
COMPLAINT - 1